```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
VLADIMIR LAKIN,                     :
                                    :
                Plaintiff,          :
                                    :    11 Civ. 1864
        v.                          :       (BSJ)
                                    :
                                    :    Opinion and Order
SUNLAKE HOMES INC., and             :
GRAPEVINE SETTLEMENT SERVICES,      :
                                    :
                                    :
                                    :
                Defendants.         :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Plaintiff in the above-captioned case has moved this Court for the entry of a default judgment on the ground that the Defendants have failed to answer the Complaint in a timely fashion.

However, Plaintiff has not alleged any facts—in either the Complaint, the motion for default, or in the documents supporting that motion—that demonstrate this Court has subject matter jurisdiction over the case, by virtue of the parties' diversity of citizenship or the presence of a federal question. Therefore, the Court finds that it is without the power to decide the substance of the motion and dismisses the case for lack of jurisdiction.

The clerk of the court is directed to close the case.

**SO ORDERED:**

*/s/ Barbara S. Jones*

**BARBARA S. JONES
UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         June 26, 2012